IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES W. DALE,<br><br>Defendant. | 9:22-po-5052-M-KLD<br><br>VIOLATION:<br>F5426723<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, IT IS HEREBY ORDERED that the citation is DISMISSED.

IT IS FURTHER ORDERED that the bench trial set for May 31, 2023, is VACATED.

DATED this 30th day of May, 2023.

Kathleen L. DeSoto
United States Magistrate Judge